# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GS HOLISTIC, LLC, ) | |
| ) | |
| Plaintiff ) | Civil Case No. 1:23-cv-00630-MWM |
| v. ) | |
| ) | |
| SPS 01 INC. d/b/a ELITE SMOKE SHOP ) | |
| and BHAVIK SHAH, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SETTLEMENT

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby provides notice to the Court that all parties have settled all claims in this matter and are finalizing a Confidential Settlement Agreement. The Plaintiff will soon dismiss this case, upon finalization of the agreed upon terms of the Settlement Agreement.

Respectfully submitted,

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 13th November 2023, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

> */s/ John D. Hoffman, Jr.*
> John D. Hoffman, Jr.
> OH Bar No. 0099803
> John Hoffman Law Office LLC
> 137 Heritage Woods Dr.
> Suite 210
> Akron, OH 44321
> john@jdh-law.com
> Serv609@LegalBrains.com
> Telephone: 561-232-2222
> *Attorney for the Plaintiff*